UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-191-D

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| BILLY RAY FRANKLIN | ) |

**ORDER**

THIS MATTER is before the Court on a joint motion requesting that both arraignment and sentencing in the above-captioned case be conducted before this Court on 12/21/2015.

FOR GOOD CAUSE SHOWN, that motion is GRANTED, and it is ordered that arraignment and sentencing shall be conducted on the scheduled arraignment date of 12/21/2015.

SO ORDERED, this the __15__ day of December, 2015.

HON. JAMES C. DEVER, III
Chief Judge, United States District Court